# EXHIBIT 3

Case 1:15-cv-00464-GHW Document 1-3 Filed 01/22/15 Page 2 of 13

Try Prime    Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by Department ▾    Search   All ▾   melange la jolla caffe espresso cup   Go    Hello. Sign in Your Account ▾    Try Prime ▾    0 Cart ▾    Wish List ▾

**Kitchen & Dining**   Best Sellers   Small Appliances ▾   Kitchen Tools ▾   Cookware ▾   Bakeware ▾   Cutlery ▾   Dining & Entertaining ▾   Storage & Organization ▾

Home & Kitchen › Kitchen & Dining › Dining & Entertaining › Cups, Mugs & Saucers › Coffee Cups & Mugs



## Melange La Jolla Caffe Espresso Cup, Service for 4
by Melange

3 customer reviews

Price: **$33.43** & **FREE Shipping** on orders over $35.
Details

**In Stock.**
Ships from and sold by Amazon.com. Gift-wrap available.

**Want it tomorrow, Jan. 22?** Order within **22 mins** and choose **One-Day Shipping** at checkout. Details

- Melange la jolla cafe espresso service for 4 -each set contains 4: Espresso cups; long 6.5-Inch saucers
- Modern wave like design creates enjoyable coffee experience
- Made from premium porcelain and vitrified at temperatures of over 2480 degree F
- Close to 0-Percent porosity, blocking moisture absorption that can lead to cracking, chipping and rippling
- Safe to use in microwave and dishwasher

1 used from $30.09

Roll over image to zoom in

Share

Qty: 1 ▾

☐ **Yes, I want FREE Two-Day Shipping with Amazon Prime**

Add to Cart

Turn on 1-Click ordering

Add to Wish List

Add to Wedding Registry

**Other Sellers on Amazon**

2 used & new from $30.09

Have one to sell?   Sell on Amazon

## Frequently Bought Together



Price for both: **$67.17**

Show availability and shipping details

☑ **This item:** Melange La Jolla Caffe Espresso Cup, Service for 4 $33.43
☑ Melange La Jolla Café Service for 2 Mugs and Saucers $33.74

## Customers Who Bought This Item Also Bought



Melange La Jolla Café Service for 2 Mugs and Saucers
22
$33.74



WMF Manaos / Bistro Espresso Paddle, Set of 4
70
$7.99



WMF Manaos / Bistro Espresso Spoon, Set of 4
194
$6.99



LG LT700P Refrigerator Water Filter
792
$29.99



iPhone 6 Case, New Trent Trentium 6S 4.7 [Heavy Duty] Full-Body Rugged [Water...
2,032
$21.95

## Special Offers and Product Promotions

- Your cost could be **$3.43 instead of $33.43**! Get the **Amazon.com Rewards Visa** card and you'll **automatically get $30.00** off ...

Case 1:15-cv-00464-CHW   Document 1-3   Filed 01/22/15   Page 3 of 13

instantly as a gift card. Apply now.

## Product Details

**Product Dimensions:** 1 x 1 x 1 inches ; 1 pounds

**Shipping Weight:** 4 pounds (View shipping rates and policies)

**Shipping:** This item is also available for shipping to select countries outside the U.S.

**ASIN:** B00GNA4GDS

**Item model number:** RC143E4

**Average Customer Review:**          (3 customer reviews)

**Amazon Best Sellers Rank:** #61,677 in Kitchen & Dining (See Top 100 in Kitchen & Dining)

Manufacturer's warranty can be requested from customer service. Click here to make a request to customer service.

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

Melange is about the essence of meals. It is designed to coordinate with your existing heirloom pottery as well as mix and match with formal and casual stemware and flatware. The premium porcelain material makes it suitable to serve your drinks and meals from the microwave; the large mugs are designed to welcome you in the mornings; the sophisticated yet functional design of the fine China place setting lets you shine during sushi for two or other special meals. The chip resistant plates will perform at your fiesta parties every time and wash white and clean in your dishwasher. It is vitrified to withstand everyday basic catering and can also be used as a commercial hotel collection or at the grand buffet of a wedding. La Jolla is a modern ivory cafe service for two/four building a common triangle among

## Product Ads from External Websites (What's this?)

Sponsored Content                    Page 1 of 4



Villeroy & Boch New
Wave Premium
Platinum 5 Pc Place
Setting
          (1)
$128.00
+ $14.95 Est. shipping
**Fine Brand Sales**



Villeroy & Boch China
New Wave/New Wave
Caffe Medium
Teardrop Di...
$25.99
+ $8.99 Est. shipping
**Replacements, Ltd.**



Villeroy & Boch China
New Wave/New Wave
Caffe Flat Cup &
Saucer...
$17.99
+ $8.99 Est. shipping
**Replacements, Ltd.**



Villeroy & Boch China
New Wave/New Wave
Caffe Cappucino
Cup/Mug,...
$19.99
+ $8.99 Est. shipping
**Replacements, Ltd.**

Ad feedback

## Customers viewing this page may be interested in these sponsored links (What's this?)

- **EspressoZone.com** 🔗 - **Espresso** pots, machines, **cups**, Italian coffee, supplies and more!   www.**espresso**zone.com/
- **La Jolla Coffee Mugs** 🔗 - Get Your La **Jolla** Coffee Mugs, Steins & More Here. 1000+ Designs!   www.**cafe**press.com/
- **The Sovrana Store** 🔗 - Premium Italian Coffee and **Espresso** French Syrups, Teas and Related   www.sovranastore.com/

See a problem with these advertisements? Let us know

## Customers Who Viewed This Item Also Viewed











Melange La Jolla Café
Caffe Service for 2 Mugs and
Saucers
          22
$33.74

Villeroy & Boch Newwave
Caffe Espresso Service for
Two
          6
$59.94

Villeroy & Boch New Wave
Caffe Mugs, Set of 2
          12
$79.95

Red Vanilla Fare Espresso
Cups And Saucers, 4-
Ounce, Set of 6
          6
$37.03

Melange La Jolla Cafe
Mugs and Saucers, Set of
12
          22
$112.29



Villeroy & Boch New Wave
Caffe Mug
21
$24.99

## Customer Questions & Answers

See questions and answers



## Customer Reviews

(3)

4.7 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 2 |
| 4 star | | 1 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

See all 3 customer reviews

Share your thoughts with other customers

Write a customer review

### Most Helpful Customer Reviews

Ad feedback

2 of 2 people found the following review helpful

**For the price they are great. I have the Villeroy wave set and yes ...**

By Jay on September 15, 2014

Verified Purchase

For the price they are great. I have the Villeroy wave set and yes you can for sure tell the difference. They are not very good quality for you get few black spots on them, but for the price they are good.

Comment    Was this review helpful to you?   Yes   No

**Great price.**

By alberto ruiz on October 6, 2014

Excellent for the price! Great quality.

Comment    Was this review helpful to you?   Yes   No

2 of 5 people found the following review helpful

**Cute but for expresso**

By Mila on March 10, 2014

### Search Customer Reviews

Search

☑ Search these reviews only

**Verified Purchase**

They were cute but for expresso size. I was expcecting them to be like coffee mugs. Other than
that i would recommend them.

1 Comment     Was this review helpful to you?    Yes   No

**See all 3 customer reviews (newest first)**

| Write a customer review |
| --- |



Free shipping
and returns
on eligible items.

ESSENTIAL
ACTIVEWEAR

Amazon Fashion

›Shop now

Ad feedback

**Feedback**

▸ If you have a question or problem, visit our **Help pages.**

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**Your Recently Viewed Items and Featured Recommendations**



Loading...

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Help

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**ACX**
Audiobook Publishing
Made Easy

**AfterSchool.com**
Kids' Sports, Outdoor
& Dance Gear

**Alexa**
Actionable Analytics
for the Web

**AmazonFresh**
Groceries & More
Right To Your Door

**Amazon Local**
Great Local Deals
in Your City

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**Amazon Web Services**
Scalable Cloud
Computing Services

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Bookworm.com**
Books For Children
Of All Ages

**Casa.com**
Kitchen, Storage
& Everything Home

**ComiXology**
Thousands of
Digital Comics

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
& recommendations

**IMDb**

**Junglee.com**

**Kindle Direct Publishing**

**Look.com**

**MYHABIT**

**Shopbop**

**Soap.com**

Movies, TV
& Celebrities

Shop Online
in India

Indie Digital Publishing
Made Easy

Kids' Clothing
& Shoes

Private Fashion
Designer Sales

Designer
Fashion Brands

Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Vine.com
Everything
to Live Life Green

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot!
Discounts and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2015, Amazon.com, Inc. or its affiliates



B00GNA4GDS (100375769)
Melange La Jolla Caffe Esp
Cup, Service for 4











