EXHIBIT 4

Amazon.com: Melange La Jolla Café Service for 2 Mugs and Saucers: Bone China Mug ...   Page 1 of 5

Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by
Department ▾    Search    | melange la jolla |    Go    Hello. Sign in    Try    0    Cart ▾    Wish
                                                     Your Account ▾    Prime ▾         List ▾

Kitchen & Dining    Best Sellers    Small Appliances    Kitchen Tools    Cookware    Bakeware    Cutlery    Dining & Entertaining    Storage & Organization

Home & Kitchen › Kitchen & Dining › Dining & Entertaining › Cups, Mugs & Saucers › Coffee Cups & Mugs



Roll over image to zoom in

## Melange La Jolla Café Service for 2 Mugs and Saucers
by Melange

22 customer reviews

Price: **$33.74** & FREE Shipping on orders over $35. Details

**In Stock.**
Ships from and sold by Amazon.com. Gift-wrap available.

**Want it tomorrow, Jan. 22?** Order within **20 hrs 28 mins** and choose **Same-Day Delivery** at checkout. Details

Size: **Set of 2**

| Set of 2 | Set of 12 |
| $33.74 | $112.29 |

- Melange la jolla cafe service for two-each set contains 2: large 10 1/4 oz. mugs; long 9-Inch saucers
- Modern wave like design creates enjoyable coffee experience
- Made from premium porcelain and vitrified at temperatures of over 2480 degree f
- Close to 0-Percent porosity, blocking moisture absorption that can lead to cracking, chipping and rippling
- Safe to use in microwave and dishwasher

1 used from $25.32

Share

**Buy new:**    $33.74

Qty: 1

☐ Yes, I want FREE Two-Day
   Shipping with **Amazon Prime**

Turn on 1-Click ordering

**Buy used:**    $25.32

**Other Sellers on Amazon**

2 used & new from $25.32

Have one to sell?    Sell on Amazon

## Frequently Bought Together



**Price for both: $67.17**

Show availability and shipping details

☑ **This item:** Melange La Jolla Café Service for 2 Mugs and Saucers $33.74
☑ Melange La Jolla Caffe Espresso Cup, Service for 4 $33.43

## Customers Who Bought This Item Also Bought



Melange La Jolla Caffe Espresso Cup, Service for 4

3

$33.43

Melange La Jolla Caffe Mug, Set of 2

2

$25.79

Villeroy & Boch New Wave Caffe Mug

21

$24.99

Pepperidge Farm Baked Goldfish Crackers - 66oz (4.1 lbs)

51

$18.29

Bee-Bim Bop!
› Linda Sue Park

72

Paperback
$6.99



IMUSA, GAU-80102, Electric Panini and Sandwich Maker, Nonstick Panels

104

$57.83

**Customers viewing this page may be interested in these sponsored links** (What's this?)

**Melange La Jolla Cafe** — China, Crystal, Silver Old & New 360,000 Patterns, 13 Million Pieces    www.replacements.com/

**La Jolla Coffee Mugs** — Get Your La **Jolla** Coffee Mugs, Steins & More Here. 1000+ Designs!    www.cafepress.com/

See a problem with these advertisements? Let us know
**Thai Massage - La Jolla**    Relax with us: Thai Style La **Jolla** & San Diego Locations    www.orchidthaimassagespa.com/

**Special Offers and Product Promotions**

Size: **Set of 2**

- Your cost could be **$3.74** instead of **$33.74**! Get the Amazon.com Rewards Visa card and you'll **automatically get** $30.00 off instantly as a gift card. Apply now.

**Product Details**

Size: **Set of 2**

**Product Dimensions:** 10 x 10 x 5 inches ; 4 pounds

**Shipping Weight:** 4.1 pounds (View shipping rates and policies)

**Shipping:** This item is also available for shipping to select countries outside the U.S.

**ASIN:** B00A16EBB2

**Item model number:** RC1434

**Average Customer Review:**    (22 customer reviews)

**Amazon Best Sellers Rank:** #33,461 in Kitchen & Dining (See Top 100 in Kitchen & Dining)

Manufacturer's warranty can be requested from customer service. Click here to make a request to customer service.

Would you like to **give feedback on images** or **tell us about a lower price**?

**Product Description**

Size: **Set of 2**

Melange is about the essence of meals. it is designed to coordinate with your existing heirloom pottery as well as mix and match with formal and casual stemware and flatware. the premium porcelain material makes it suitable to serve your drinks and meals from the microwave; the large mugs are designed to welcome you in the mornings; the sophisticated yet functional design of the fine China place setting lets you shine during sushi for two or other special meals. the chip resistant plates will perform at your fiesta parties every time and wash white and clean in your dishwasher. it is vitrified to withstand everyday basic catering and can also be used as a commercial hotel collection or at the grand buffet of a wedding. la jola is a modern ivory cafe service for two building a common triangle among conversations, music and meals like modern art. the cups and saucers combine geometric forms of circles and squares

**Product Ads from External Websites** (What's this?)    Sponsored Content    Page 1 of 5









Villeroy & Boch China New Wave/New Wave Caffe Flat Cup & Saucer...    Villeroy & Boch Wave Caffe Cappucino Cup & Tray    Villeroy & Boch China Audun Chasse Salad Plate, Fine China Dinne...    Villeroy & Boch New Wave Premium Platinum 5 Pc Place Setting

$17.99    $43.25    $29.99    (1)
+ $8.99 Est. shipping    + $10.95 Est. shipping    + $8.99 Est. shipping    $128.00
**Replacements, Ltd.**    **Fine Brand Sales**    **Replacements, Ltd.**    + $14.95 Est. shipping
                **Fine Brand Sales**

Ad feedback

**Customers Who Viewed This Item Also Viewed**


Villeroy & Boch New Wave Caffe Mugs, Set of 2
12
$79.95


Melange La Jolla Caffe Espresso Cup, Service for 4
3
$33.43


Villeroy & Boch Newwave Caffe Espresso Service for Two
6
$59.94

Melange La Jolla Caffe Mug, Set of 2
2
$25.79


Villeroy & Boch New Wave Caffe Mug
21
$24.99


Villeroy & Boch New Wave 12-Piece Dinnerware Set, Service for 4
7
$274.99

## Customer Questions & Answers

See questions and answers

## Customer Reviews

(22)

4.0 out of 5 stars

| | |
| --- | --- |
| 5 star | 14 |
| 4 star | 2 |
| 3 star | 2 |
| 2 star | 1 |
| 1 star | 3 |

See all 22 customer reviews

Nice quality and very cool looking.

Diana

We loved it, our friend and other people at the birthday party loved it too.

Ross Wang

The mugs are pretty big and can fit over 10 oz of coffee.

Amazon Customer

**Product Ads from External Websites**


Mikasa Brewmasters Mugs, Set of 12
$99.99
+ Free Shipping
**Mikasa (Official Site)**

Villeroy & Boch New Wave Premium Platinum 5 Pc Place
$128.00
+ $14.95 Est. Shipping
**Fine Brand Sales**

Sponsored Content

Ad feedback

### Most Helpful Customer Reviews

4 of 4 people found the following review helpful

**Great! Love it!**

By Amazon Customer on December 19, 2012

Size Name: Set of 2   Verified Purchase

Love the mug + saucer. Product looks of very nice quality and durability. The mugs are pretty big and can fit over 10 oz of coffee. I love the saucer plate as u can put a pastry next to the mug and enjoy a wholesome cafe experience. The handles have the right curves and make it very easy to hold.

Comment   Was this review helpful to you?   Yes   No

### Customer Images

### Most Recent Customer Reviews

**Five Stars**

perfect gift !

Published 15 days ago by larisa



1 of 1 people found the following review helpful

**The perfect gift!**

By Jeanne P Gaudet on January 26, 2013

Size Name: Set of 2   Verified Purchase

they were exactly what I ordered! my friend loved them. I highly recommend them. Very well made.
Looked great on her table.

Comment   Was this review helpful to you?   Yes   No

**Five Stars**

By A. Bobat on July 13, 2014

Size Name: Set of 2   Verified Purchase

yes they are so cute love them thanks

Comment   Was this review helpful to you?   Yes   No

**Great shape**

By Diana on June 17, 2014

Size Name: Set of 2   Verified Purchase

I make a cappuccino every morning and have a biscotti, this cup set is perfect . Nice quality and very
cool looking.

Comment   Was this review helpful to you?   Yes   No

**Great Service**

By Kelly S. Albany on February 15, 2014

Size Name: Set of 2   Verified Purchase

The cups and plates are beautiful and were delivered quickly. Great that they look elegant but can be
microwaved and washed in the dishwasher is wonderful!

Comment   Was this review helpful to you?   Yes   No

**very nice**

By Pauline L Imhoff on December 20, 2013

Size Name: Set of 2   Verified Purchase

Although one mug was broken when received & was replaced the mugs & saucers are nice to look at
& a good weight to handle.
The box they were in was marked fragile but placed in a bigger box that was not marked fragile.

Comment   Was this review helpful to you?   Yes   No

**I LOVE IT**

By Mirna on November 11, 2013

Size Name: Set of 2   Verified Purchase

I love it, is a beatifull set and all of my freints want to take a coffee just to use this set.

Comment   Was this review helpful to you?   Yes   No

**wedding gift**

By NaturalWander on September 3, 2013

Size Name: Set of 2   Verified Purchase

i loved these mugs. made me want to buy them for myself. they were a wedding gift. they were a lot
larger than i expected, which was great. and the design is awesome. i so want these myself.

Comment   Was this review helpful to you?   Yes   No

customer reviews (newest first)

Write a customer review

See all 22

**This are wonderfully unique. I had
seen similar mugs on a ...**

This are wonderfully unique. I had seen similar mugs
on a TV show and fell in love with them. However they
were twice as much if not more, these are more than a
suitable... Read more

Published 19 days ago by Dorothea Cole

**One Star**

Terrible quality. I guess you get what you pay for.

Published 1 month ago by Larry A. Myers

**One Star**

Heavy

Published 1 month ago by Natev

**Five Stars**

Love these mugs they are stylish and sleek.

Published 2 months ago by denise cooper

**pretty good.**

One was cracked, but overall, pretty good.

Published 2 months ago by Janet A Kennedy

**Great mug for tea**

Love these, used something like it in Mexico!

Published 3 months ago by penny

**very dissapointed**

After waiting for so long"Melange La Jolla Cafe Mugs
and Saucers, that I ordered in December of 2013 must
be set of 12 as it is stated in the box. Read more

Published 10 months ago by Nelson A. Estudillo

**Search Customer Reviews**

☑ Search these reviews only



## Feedback

▸ If you have a question or problem, visit our **Help pages.**

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

### Your Recently Viewed Items and Featured Recommendations



Loading

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Sell Your Apps on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Amazon and Our Planet | Become an Affiliate | Shop with Points | Returns & Replacements |
| Amazon in the Community | Advertise Your Products | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |
|  | ▸ See all |  |  |

## amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | |
| --- | --- | --- | --- | --- |
| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **ACX**<br>Audiobook Publishing<br>Made Easy | **AfterSchool.com**<br>Kids' Sports, Outdoor<br>& Dance Gear | **Alexa**<br>Actionable Analytics<br>for the Web | **AmazonFresh**<br>Groceries & More<br>Right To Your Door | **Amazon Local**<br>Great Local Deals<br>in Your City |
| **AmazonSupply**<br>Business, Industrial<br>& Scientific Supplies | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Bookworm.com**<br>Books For Children<br>Of All Ages | **Casa.com**<br>Kitchen, Storage<br>& Everything Home |
| **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography | **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations |
| **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands | **Soap.com**<br>Health, Beauty &<br>Home Essentials |
| **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **Vine.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates















