# EXHIBIT 5

Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

| Shop by Department ▾ | Search | All ▾ | melange la jolla caffe espresso cup | Go | Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾ |

**Kitchen & Dining**   Best Sellers   Small Appliances ▾   Kitchen Tools ▾   Cookware ▾   Bakeware ▾   Cutlery ▾   Dining & Entertaining ▾   Storage & Organization ▾

Home & Kitchen › Kitchen & Dining › Dining & Entertaining › Cups, Mugs & Saucers

## Melange La Jolla Caffe Mug, Set of 2
by Melange

2 customer reviews

Price: $25.79 & **FREE Shipping** on orders over $35.
Details

**In Stock.**
Ships from and sold by Amazon.com. Gift-wrap available.

**Want it tomorrow, Jan. 22?** Order within **3 hrs 21 mins** and choose **One-Day Shipping** at checkout. Details

- Melange La Jolla Cafe Mug - Each set consists of 2 large 12 oz. mugs
- Modern wave like design creates enjoyable coffee experience
- Made from premium porcelain and vitrified at temperatures of over 2480 degree F
- Close to 0-Percent porosity, blocking moisture absorption that can lead to cracking, chipping and rippling
- Safe to use in microwave and dishwasher

2 used from $18.42

Roll over image to zoom in

**Share**

| Buy new: | $25.79 |

Qty: 1 ▾

☐ **Yes, I want FREE Two-Day Shipping with Amazon Prime**

Add to Cart

Turn on 1-Click ordering

| Buy used: | $18.42 |

Add to Wish List

Add to Wedding Registry

**Other Sellers on Amazon**

3 used & new from $18.42

Have one to sell?   Sell on Amazon

## Frequently Bought Together

Price for both: **$59.53**



Show availability and shipping details

☑ **This item:** Melange La Jolla Caffe Mug, Set of 2 $25.79
☑ Melange La Jolla Café Service for 2 Mugs and Saucers $33.74

## Customers Who Viewed This Item Also Viewed

         

Melange La Jolla Café Service for 2 Mugs and Saucers
22
$33.74

Villeroy & Boch New Wave Caffe Mugs, Set of 2
12
$79.95

Villeroy & Boch New Wave Caffe Mug
21
$24.99

Villeroy & Boch New Wave Caffe Cities Of Europe Mug - London
3

Melange La Jolla Caffe Espresso Cup, Service for 4
3
$33.43



Villeroy & Boch Newwave
Caffe Espresso Service for
Two

6

$59.94

## Special Offers and Product Promotions

- **Get a $150 Amazon.com Gift Card:** Get the Citi ThankYou® Preferred Card and earn a **$150.00** digital Amazon.com Gift Card* after $1,000 in card purchases within 3 months of account opening. Learn more.

## Product Details

**Product Dimensions:** 1 x 1 x 1 inches

**Shipping Weight:** 0.8 ounces (View shipping rates and policies)

**Shipping:** This item is also available for shipping to select countries outside the U.S.

**ASIN:** B00GNA4GI8

**Item model number:** RC143C2

**Average Customer Review:**    (2 customer reviews)

**Amazon Best Sellers Rank:** #111,440 in Kitchen & Dining (See Top 100 in Kitchen & Dining)

Manufacturer's warranty can be requested from customer service. Click here to make a request to customer service.

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

Melange is about the essence of meals. It is designed to coordinate with your existing heirloom pottery as well as mix and match with formal and casual stemware and flatware. The premium porcelain material makes it suitable to serve your drinks and meals from the microwave; the large mugs are designed to welcome you in the mornings; the sophisticated yet functional design of the fine China place setting lets you shine during sushi for two or other special meals. The chip resistant plates will perform at your fiesta parties every time and wash white and clean in your dishwasher. It is vitrified to withstand everyday basic catering and can also be used as a commercial hotel collection or at the grand buffet of a wedding. La Jolla is a modern ivory cafe service for two/four building a common triangle among

## Product Ads from External Websites (What's this?)

                                   **Sponsored Content**     Page 1 of 4

   

| Villeroy & Boch China New Wave/New Wave Caffe Flat Cup & Saucer... | Villeroy & Boch New Wave Premium Platinum 5 Pc Place Setting | Villeroy & Boch China French Garden Fleurence Flat Cup & Saucer... | Villeroy & Boch China Audun Chasse Salad Plate, Fine China Dinne... |
|---|---|---|---|
| $17.99 | $128.00 | $25.99 | $29.99 |
| + $8.99 Est. shipping | (1) | + $8.99 Est. shipping | + $8.99 Est. shipping |
| **Replacements, Ltd.** | + $14.95 Est. shipping | **Replacements, Ltd.** | **Replacements, Ltd.** |
| | **Fine Brand Sales** | | |

                                             Ad feedback

## Customers viewing this page may be interested in these sponsored links (What's this?)

- **EspressoZone.com**    -   **Espresso** pots, machines, **cups**, Italian coffee, supplies and more!       www.**espresso**zone.com/

- **World's Best Espresso**    -   Awarded Best **Espresso** in the World at World Barista Championship       www.klatchroasting.com/

- **La Jolla Coffee Mugs**    -   Get Your La **Jolla** Coffee Mugs, Steins & More Here. 1000+ Designs!       www.**cafe**press.com/

See a problem with these advertisements? Let us know

## Customer Questions & Answers

See questions and answers

## Customer Reviews

(2)

5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 2 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

Share your thoughts with other customers

Write a customer review

See both customer reviews

### Most Helpful Customer Reviews

Ad feedback

**Five Stars**

By lori mcvey on July 17, 2014

Verified Purchase

Beautiful cups. Great seller

Comment    Was this review helpful to you?    Yes    No

**Five Stars**

By Phuong T. on October 20, 2014

bad ass mugs yo

Comment    Was this review helpful to you?    Yes    No

See both customer reviews (newest first)

Write a customer review

### Search Customer Reviews

[                    ]    Search

☑ Search these reviews only





Ad feedback

---

## Feedback

▸ If you have a question or problem, visit our **Help pages.**

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading.

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Sell Your Apps on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Amazon and Our Planet | Become an Affiliate | Shop with Points | Returns & Replacements |
| Amazon in the Community | Advertise Your Products | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |
| | › See all | | |

# amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **ACX** Audiobook Publishing Made Easy | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **Alexa** Actionable Analytics for the Web | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City |
| **AmazonSupply** Business, Industrial & Scientific Supplies | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home |
| **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations |
| **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials |
| **TenMarks.com** Math Activities for Kids & Schools | **Vine.com** Everything to Live Life Green | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot!** Discounts and Shenanigans | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates









