EXHIBIT 8

# PAVIA & HARCOURT LLP

590 Madison Avenue
New York, NY 10022
Telephone: (212) 980-3500
Facsimile: (212) 980-3185
www.pavialaw.com

Alessandro Saracino
Direct Dial: 212-508-2316
Direct Fax: 212-735-7916
asaracino@pavialaw.com

*MILAN*
Corso di Porta Romana, 6
20122 Milano

*PARIS*
FORENSIS
98 Boulevard Malesherbes
75017 Paris

October 24, 2014

BY EXPRESS MAIL TRACKING NO. EK 320898311 US

Copyright Agent
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108

BY EXPRESS MAIL TRACKING NO. EK 320898308 US

Copyright Agent
Amazon.com Legal Department
410 Terry Avenue North
Seattle, WA 98109-5210

> Re:   Villeroy & Boch A.G. – Design Patent Infringement
>       Melange La Jolla Cup and Saucers – Amazon.com, Inc.

Dear Sir or Madam:

We are the United States attorneys for Villeroy & Boch A.G. ("Villeroy & Boch").

Find enclosed correspondence that was sent to Amazon.com Inc. on September 22, 2014 and received on September 23, 2014. To date, we have not received any acknowledgement that any action has been taken to remove the products sold by Amazon.com, Inc. under the Melange La Jolla name.

Please review the provided documentation and contact our office immediately.

This letter is provided without prejudice to, or waiver of any and all rights, and remedies available to Villeory & Boch.

Very truly yours,

Alessandro Saracino

AS:fs
Enclosures

cc:   Villeroy & Boch A.G.
      (via e-mail w/o encls.)

P&H – 860479.1

# PAVIA & HARCOURT LLP

590 Madison Avenue
New York, NY 10022
Telephone: (212) 980-3500
Facsimile:  (212) 980-3185
www.pavialaw.com

Alessandro Saracino
Direct Dial: 212-508-2316
Direct Fax: 212-735-7916
asaracino@pavialaw.com

*MILAN*
Corso di Porta Romana, 6
20122 Milano

*PARIS*
FORENSIS
98 Boulevard Malesherbes
75017 Paris

September 22, 2014

**BY EXPRESS MAIL TRACKING NO. EK 320898254 US**

Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226
Attn: President or Chief Legal Officer

> Re:  Villeroy & Boch A.G. – Design Patent Infringement
>       Melange La Jolla Cup and Saucers – Amazon.com, Inc.

Dear Sir or Madam:

We are the United States attorneys for Villeroy & Boch A.G. ("Villeroy & Boch").

Villeroy & Boch has established a world-wide reputation for the creation, innovation, and style of its dishware designs, and for the quality of its products.

Our client has become aware that Amazon.com, Inc., ("Amazon" or "you," or "your company"), is offering for sale and selling cups and saucers (without marking as to their country of origin) on its website www.amazon.com at:

http://www.amazon.com/s/ref=nb_sb_noss_1?url=search-alias%3Dkitchen&field-keywords=melange+la+jolla&rh=i%3Akitchen%2Ck%3Amelange+la+jolla, ("the Infringing Products") (see enclosed color copies), which are clear and direct infringements of Villeroy & Boch's design patent No. D478,251 (copy enclosed) for Villeroy & Boch's New Wave/Hot Wave cup and design patent No. D487,378 (copy enclosed) for Villeroy & Boch's New Wave/Hot Wave saucer. (See enclosed side by side image of Infringing Products and Villeroy & Boch's New Wave.)

Villeroy & Boch hereby demands that you (1) immediately cease and desist any and all importation, direct or indirect manufacture (domestic and/or foreign), offering for sale, sale, distribution, advertising, promotion and display anywhere in the United States, of the Infringing Products; (2) immediately take down all images of and references to the Infringing Products online; (3) immediately cancel and refrain from making or accepting any new order of the Infringing Products; and (4) confirm the above by returning "in

P&H – 854988.3

Amazon.com, Inc.
Attn: President or Chief Legal Officer
September 22, 2014
Page 2

Acknowledgment and Agreement" a signed copy of this letter no later than October 7, 2014.

 Furthermore, also by no later than October 7, 2014, Villeroy & Boch demands that you provide us with the following:

 A. The name(s), address(es), and contact person(s) of any and all supplier(s), manufacturer(s), importer and distributor of the Infringing Products;

 B. An accounting of your inventory of the Infringing Products, broken down by style, size, and location where sold and/or maintained; and,

 C. Your agreement to destroy all Infringing Products in your possession, custody or control.

 Further action will not be taken against you if you comply in full with the foregoing demands.

 Villeroy & Boch has been issued design patents for other dinnerware products in the New Wave/Hot Wave Collection. This letter shall also serve as actual and additional notice to Amazon of Villeroy & Boch's U.S. patent Nos. D472,429, D472,430 and D475,245 (copies enclosed); we are investigating whether any other products sold by your company infringe these patents.

 Please be further advised that this letter is not intended to provide a complete list of Villeroy & Boch's rights or remedies, or a complete list of your infringements. Moreover, this letter is explicitly provided without prejudice or waiver of any of Villeroy & Boch's rights and remedies against you, including the right to seek a preliminary injunction, damages and attorney's fees.

Very truly yours,

Alessandro Saracino

AS:dp
Enclosures

cc: Villeroy & Boch A.G.
(via e-mail w/o encls.)

PAVIA & HARCOURT LLP

Amazon.com, Inc.
Attn: President or Chief Legal Officer
September 22, 2014
Page 3

Acknowledged and Agreed to:

Amazon.com, Inc.

Signed:_____
Print
Name: _____

Date:  _____

PAVIA & HARCOURT LLP



Image 1 Melange La Jolla from Amazon



Image 2 of Melange La Jolla from Amazon



Image 3 Melange La Jolla from Amazon



Image 4 Melange La Jolla from Amazon



Image 5 Melange La Jolla from Amazon



Image 6 Melange La Jolla from Amazon



Image 7 Melange La Jolla from Amazon



Image 8 Melange La Jolla from Amazon



Image 9 Melange La Jolla from Amazon



Image 10 Side by Side

Villeroy & Boch

Melange La Jolla



US00D478251S

**(12) United States Design Patent**   **(10) Patent No.:**   **US D478,251 S**
Frank   **(45) Date of Patent:**   **\*\* Aug. 12, 2003**

**(54) CUP**

**(75)** Inventor: Helmut Frank, Mettlach-Weiden (DE)

**(73)** Assignee: Villeroy & Boch AG, Mettlach (DE)

**(\*\*)** Term: 14 Years

**(21)** Appl. No.: 29/170,058

**(22)** Filed: Oct. 31, 2002

**(30)** Foreign Application Priority Data

Aug. 2, 2002 (WO) .................... DM/060 953

**(51)** LOC (7) Cl. .................................. 07-01
**(52)** U.S. Cl. ...................... **D7/535**; D7/536
**(58)** Field of Search ............. D7/533, 536, 535,
D7/509, 539, 622; D9/531; 220/710.5, 703,
713; 215/394, 398; 229/400

**(56)** References Cited

U.S. PATENT DOCUMENTS

| 1,985,375 | A | * | 12/1934 | Krueger | 229/400 |
| D153,887 | S | * | 5/1949 | Macaulay | D7/535 |
| D154,217 | S | * | 6/1949 | Roberts | D7/535 |
| 2,586,199 | A | * | 2/1952 | Backus | 220/710.5 |
| D168,218 | S | * | 11/1952 | Falk | D7/535 |
| D169,235 | S | * | 4/1953 | Backus | D7/535 |
| 2,641,403 | A | * | 6/1953 | Buttery et al. | 229/402 |
| 2,661,609 | A | * | 12/1953 | Revell | 220/710.5 |

| 4,685,583 | A | * | 8/1987 | Noon | 220/710.5 |
| D315,298 | S | * | 3/1991 | Marucci | D9/531 |
| D316,945 | S | * | 5/1991 | Dewey | D7/394 |
| D316,946 | S | * | 5/1991 | Dewey | D7/535 |
| D347,547 | S | * | 6/1994 | Heinrich | D7/533 |
| 5,323,928 | A | * | 6/1994 | Stevens | 220/703 |
| D371,937 | S | * | 7/1996 | Peugeot et al. | D7/536 |
| D396,605 | S | * | 8/1998 | Benson | D7/536 |
| D442,829 | S | * | 5/2001 | Trombly | D7/536 |
| D477,005 | S | * | 8/2001 | Trombly | D7/536 |
| D449,419 | S | * | 10/2001 | Barrett | D99/25 |

\* cited by examiner

Primary Examiner—M. N. Pandozzi
(74) Attorney, Agent, or Firm—Friedrich Kueffner

**(57)** **CLAIM**

The ornamental design for a cup, as shown and described

**DESCRIPTION**

FIG. 1 is a perspective view of a cup showing my new design;
FIG. 2 is a side view thereof;
FIG. 3 is a back view thereof;
FIG. 4 is a another side view thereof;
FIG. 5 is a front view thereof;
FIG. 6 is a top view thereof; and,
FIG. 7 is a bottom view thereof

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**     Aug. 12, 2003     Sheet 1 of 4     **US D478,251 S**



FIG. 1

Case 1:15-cv-00464-GHW Document 1-8 Filed 01/22/15 Page 18 of 49



FIG. 3

FIG. 2



**U.S. Patent**      Aug. 12, 2003      Sheet 4 of 4      US D478,251 S



FIG. 6



FIG. 7

US00D487378S

(12) **United States Design Patent**
Frank

(10) Patent No.: **US D487,378 S**
(45) Date of Patent: ** **Mar. 9, 2004**

(54) **SAUCER**

(75) Inventor: **Helmut Frank**, Mettlach-Weiten (DE)

(73) Assignee: **Villeroy & Boch AG**, Mettlach (DE)

(**) Term: 14 Years

(21) Appl. No.: 29/183,141

(22) Filed: **Jun. 5, 2003**

(51) LOC (7) Cl. ...................................... 07-01
(52) U.S. Cl. ...................................... D7/553.5
(58) Field of Search .................. D7/500, 539, 550.1,
D7/553.1–553.8, 555; 220/574, 575; 229/407,
DIG. 13; 206/574; 426/579, 135, 121, 86

(56) **References Cited**

U.S. PATENT DOCUMENTS

D206,763 S   *   1/1967   Kirwan .................. D7/553.5
D338,596 S   *   8/1993   Cafarella et al. ........ D7/551
5,598,944 A   *   2/1997   Aragona ................ D7/553.8
D472,429 S   *   4/2003   Scherer ................ D7/550
D472,430 S   *   4/2003   Scherer ................ D7/550

FOREIGN PATENT DOCUMENTS

GB        2037782     *   7/1994
GB        2046907     *   8/1995
GB        2078982     *   2/1999
WO        DM/051291    *   2/2002

* cited by examiner

*Primary Examiner*—Charles A. Rademaker
(74) *Attorney, Agent, or Firm*—Friedrich Kueffner

(57) **CLAIM**

The ornamental design for a saucer, as shown and described

**DESCRIPTION**

FIG. 1 is a perspective view of a saucer showing my new design;
FIG. 2 is a top view thereof;
FIG. 3 is a side view thereof;
FIG. 4 is a front view thereof;
FIG. 5 is a back view thereof;
FIG. 6 is a bottom view thereof; and,
FIG. 7 is a another side view thereof

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**     Mar. 9, 2004     Sheet 1 of 3     **US D487,378 S**



FIG. 1



FIG. 2

FIG. 3

FIG. 4

**U.S. Patent**      Mar. 9, 2004      Sheet 3 of 3      US D487,378 S

FIG. 5



FIG. 6

FIG. 7



US00D472429S

(12) **United States Design Patent**
Scherer

(10) Patent No.:     **US D472,429 S**
(45) **Date of Patent:**     ＊＊     **Apr. 1, 2003**

(54) **SOUP PLATE**

(75) Inventor:   **Bernard Scherer**, Luxembourg (LU)

(73) Assignee:   **Villeroy & Boch AG**, Mettlach (DE)

(**) Term:   **14 Years**

(21) Appl. No.: **29/159,840**

(22) Filed:   **Apr. 26, 2002**

(51) LOC (7) Cl. ............................................ **07-01**
(52) U.S. Cl. ................... **D7/570; D7/566; D7/586;**
**D7/550.1; D7/554.3**
(58) Field of Search ..................... D7/566, 550.1,
D7/554.3, 553.4, 543, 544, 545, 567, 584,
587, 359, 388; 220/23.83, 574, 575; 206/507,
557

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D184,651 | S | * | 3/1959 | Woofter et al | D7/545 |
| D213,459 | S | * | 3/1969 | Gulotta | D7/584 |
| D213,461 | S | * | 3/1969 | Gulotta | D7/584 |
| D219,935 | S | * | 2/1971 | Kurer | D7/587 |
| D234,738 | S | * | 4/1975 | Brandon | D7/545 |
| D313,922 | S | * | 1/1991 | Scherer | D7/545 |
| 5,158,202 | A | * | 10/1992 | Kononen et al. | 220/574 |
| D370,598 | S | * | 6/1996 | Koch | D7/543 |
| D402,852 | S | * | 12/1998 | Benson | D7/545 |
| D402,854 | S | * | 12/1998 | Benson | D7/584 |
| D419,383 | S | * | 1/2000 | Wellner | D7/566 |
| D428,770 | S | * | 8/2000 | Wellner | D7/345 |
| D431,422 | S | * | 10/2000 | Lin | D7/565 |
| D454,989 | S | * | 3/2002 | McLaughlin | D30/118 |
| D460,663 | S | * | 7/2002 | Basden | D7/556 |

＊ cited by examiner

*Primary Examiner*—M. N. Pandozzi
(74) *Attorney, Agent, or Firm*—Friedrich Kueffner

(57)     **CLAIM**

The ornamental design for a soup plate, as shown and
described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a soup plate showing
my new design;
FIG. 2 is a top view thereof;
FIG. 3 is a front view thereof;
FIG. 4 is a side view thereof; and.
FIG. 5 is a bottom view thereof.

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**     Apr. 1, 2003     Sheet 1 of 3     US D472,429 S



FIG. 1

**U.S. Patent**      Apr. 1, 2003      Sheet 2 of 3          US D472,429 S

FIG. 2





FIG. 3

Case 1:15-cv-00464-GHW   Document 1-8   Filed 01/22/15   Page 28 of 49

FIG. 4                    FIG. 5



The
United
States
of
America

### The Director of the United States Patent and Trademark Office

*Has received an application for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America, or importing the design into the United States of America for the term of fourteen years from the date of grant of this patent.*

*Director of the United States Patent and Trademark Office*



US00D472430S

# United States Design Patent

Scherer

(10) Patent No.:  **US D472,430 S**

(45) Date of Patent: ** **Apr. 1, 2003**

(54) **PLATE**

(75) Inventor: **Bernard Scherer**, Luxembourg (LU)

(73) Assignee: **Villeroy & Boch AG**, Mettlach (DE)

Term: **14 Years**

(21) Appl. No.: **29/159,849**

(22) Filed: **Apr. 26, 2002**

(51) LOC (7) Cl. .................................................... **07-01**

(52) U.S. Cl. .............................. **D7/570**; D7/566; D7/584;
D7/586; D7/554.3

(58) Field of Search ............................ D7/566, 550.1,
D7/554.3, 553.4, 543, 544, 545, 567, 584,
587, 359, 388, 354; 220/23.83, 574, 575;
206/507, 557

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,960,407 A | * | 5/1934 | Bothe | 220/574 |
| 2,050,206 A | * | 8/1936 | Chaplin | 220/574 |
| D157,823 S | * | 3/1950 | Wright | D7/545 |
| D178,985 S | * | 10/1956 | Block | D7/545 |
| D182,626 S | * | 4/1958 | Salm et al. | D7/545 |

| | | | | |
|---|---|---|---|---|
| D191,123 S | * | 8/1961 | Jones | D7/554.3 |
| D213,450 S | * | 3/1969 | Gulotta | D7/584 |
| D213,461 S | * | 3/1969 | Gulotta | D7/584 |
| D219,674 S | * | 1/1971 | Daenen | D7/545 |
| D219,935 S | * | 2/1971 | Kurer | D7/587 |
| 5,158,202 A | * | 10/1992 | Kosonen et al. | 220/574 |
| D402,854 S | * | 12/1998 | Benson | D7/584 |
| D419,383 S | * | 1/2000 | Wellner | D7/566 |
| D440,827 S | * | 4/2001 | Indekeu | D7/554.3 |
| D443,479 S | * | 6/2001 | Indekeu | D7/566 |

* cited by examiner

*Primary Examiner*—M. N. Pandozzi
(74) *Attorney, Agent, or Firm*—Friedrich Kueffner

(57) **CLAIM**

The ornamental design for a plate, as shown and described

**DESCRIPTION**

FIG. 1 is a perspective front view of a plate showing my new design;
FIG. 2 is a top view thereof;
FIG. 3 is a front view thereof;
FIG. 4 is a side view thereof; and.
FIG. 5 is a bottom view thereof.

**1 Claim, 3 Drawing Sheets**





FIG. 1

FIG. 2





FIG. 3

FIG. 4

FIG. 5







The
United
States
of
America

## The Director of the United States Patent and Trademark Office

*Has received an application for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America, or importing the design into the United States of America for the term of fourteen years from the date of grant of this patent.*

*Director of the United States Patent and Trademark Office*

Case 1:15-cv-00464-GHW   Document 1-8   Filed 01/22/15   Page 35 of 49



FIG. 1



US00D472429S

(12) **United States Design Patent**   (10) Patent No.:   **US D472,429 S**

Scherer   (45) Date of Patent:   ** **Apr. 1, 2003**

(54) **SOUP PLATE**

(75) Inventor: **Bernard Scherer**, Luxembourg (LU)

(73) Assignee: **Villeroy & Boch AG**, Mettlach (DE)

(**) Term: **14 Years**

(21) Appl. No.: **29/159,840**

(22) Filed: **Apr. 26, 2002**

(51) LOC (7) Cl. ................................... **07-01**

(52) U.S. Cl. ................... **D7/570**; D7/566; D7/586; D7/550.1; D7/554

(58) Field of Search .................... D7/566, 550.1, D7/554.3, 553.4, 543, 544, 545, 567, 584, 587, 359, 388; 220/23.83, 574, 575; 206/507, 557

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D184,651 S | * | 3/1959 | Woofter et al | D7/545 |
| D213,459 S | * | 3/1969 | Gulotta | D7/584 |
| D213,461 S | * | 3/1969 | Gulotta | D7/584 |
| D219,935 S | * | 2/1971 | Kurtz | D7/587 |
| D234,738 S | * | 4/1975 | Brandon | D7/545 |
| D313,922 S | * | 1/1991 | Scherer | D7/545 |

| | | | | |
|---|---|---|---|---|
| 5,158,202 A | * | 10/1992 | Kononen et al. | 220/574 |
| D370,598 S | * | 6/1996 | Koch | D7/543 |
| D402,852 S | * | 12/1998 | Benson | D7/545 |
| D402,854 S | * | 12/1998 | Benson | D7/584 |
| D419,383 S | * | 1/2000 | Wellner | D7/566 |
| D428,770 S | * | 8/2000 | Wellner | D7/545 |
| D431,422 S | * | 10/2000 | Lin | D7/565 |
| D454,989 S | * | 3/2002 | McLaughlin | D30/118 |
| D460,662 S | * | 7/2002 | Basden | D7/556 |

* cited by examiner

*Primary Examiner*—M. N. Pandozzi

(74) *Attorney, Agent, or Firm*—Friedrich Kueffner

(57) **CLAIM**

The ornamental design for a soup plate, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a soup plate showing my new design;

FIG. 2 is a top view thereof;

FIG. 3 is a front view thereof;

FIG. 4 is a side view thereof; and

FIG. 5 is a bottom view thereof.

1 Claim, 3 Drawing Sheets





US00D475245S

(12) **United States Design Patent**
Scherer

(10) **Patent No.:**     **US D475,245 S**
(45) **Date of Patent:**    **     Jun. 3, 2003**

(54)   **SOUP CUP**

(75)   Inventor:   Bernard Scherer, Luxembourg (LU)

(73)   Assignee:   Villeroy & Boch AG, Mettlach (DE)

(**)   Term:   14 Years

(21)   Appl. No.: 29/159,850

(22)   Filed:   **Apr. 26, 2002**

(51)   LOC (7) Cl. ............................................   **07-01**
(52)   U.S. Cl. .................................... **D7/543**; D7/534
(58)   **Field of Search** ..................... D7/533, 534, 543,
D7/545, 586, 587, 360; 220/710.5, 603,
574; 215/396, 398

(56)   **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,985,375 | A | * | 12/1934 | Krueger | .................. 229/400 |
| D101,865 | S | * | 11/1936 | Fuerst | ..................... D7/533 |
| 2,102,653 | A | * | 12/1937 | Smith | ....................... 220/574 |
| 2,114,260 | A | * | 4/1938 | Von Nessen | ............. 215/396 |
| D191,214 | S | * | 8/1961 | Fisher | ..................... D7/534 |
| 4,096,966 | A | * | 6/1978 | Korshak | .................. 220/603 |

| | | | | | |
|---|---|---|---|---|---|
| D258,796 | S | * | 4/1981 | Paulides | ................... D7/513 |
| D306,387 | S | * | 3/1990 | Jonkman | .................. D7/534 |
| D348,588 | S | * | 7/1994 | Yasunaga | ................ D7/510 |
| D366,987 | S | * | 2/1996 | Allegre | .................... D7/510 |
| D407,605 | S | * | 4/1999 | Berger | ..................... D7/516 |
| D427,855 | S | * | 7/2000 | Baker | ...................... D7/516 |
| D445,646 | S | * | 7/2001 | Indekeu | ................... D7/536 |
| D462,239 | S | * | 9/2002 | Schibuola | ................ D7/534 |

* cited by examiner

*Primary Examiner*—M. N. Pandozzi
(74) *Attorney, Agent, or Firm*—Friedrich Kueffner

(57)   **CLAIM**

The ornamental design for a soup cup, as shown and
described.

**DESCRIPTION**

FIG. 1 is a perspective front view of a soup cup showing my
new design;
FIG. 2 is a side view thereof;
FIG. 3 is a top view thereof;
FIG. 4 is a front view thereof; and,
FIG. 5 is a back view thereof

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**    Jun. 3, 2003    Sheet 1 of 3    US D475,245 S



FIG. 1



FIG. 2

FIG. 3





FIG. 4

**U.S. Patent**     Jun. 3, 2003     Sheet 3 of 3     **US D475,245 S**



FIG. 5

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )  980-3500

Alessandro Sanfacini
Paul + Harcourt LLP
590 Madison Avenue
New York NY 10022

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Amazon.com Inc.
P.O. Box 81226
Seattle, WA
ATTN: President/Chief Legal Officer

ZIP + 4® (U.S. ADDRESSES ONLY)
9  8  1  0  8  -  1  2  2  6

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811
■ $100.00 insurance included

---

32D898254 US

**UNITED STATES POSTAL SERVICE ®**

NEW YORK  SEP 22 2014

**PRIORITY**
* MAIL *
**EXPRESS** ™

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code    Scheduled Delivery Date    Postage
10022          (MM/DD/YY) 09/23/14        $ 19.99

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
09/22/14                    ☐ 10:30 AM ☐ 3:00 PM     $                $

Time Accepted              10:30 AM Delivery Fee      Return Receipt Fee    Live Animal
☐ AM  6:58  ☐ PM                                                            Transportation Fee
                           $                          $                    $

Weight              Flat Rate    Sunday/Holiday Premium Fee    Total Postage & Fees
        lbs.  oz.                $                            $ 19.99

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time  ☐ AM     Employee Signature
                                     ☐ PM

Delivery Attempt (MM/DD/YY)    Time  ☐ AM     Employee Signature
                                     ☐ PM

LABEL 11-B, JANUARY 2014

**2-CUSTOMER COPY**

USPS.com® - USPS Tracking™

English          Customer Service          USPS Mobile                                                  Register / Sign In

## USPS.COM

Search USPS com or Track Packages    Subr

Quick Tools                Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

## USPS Tracking™

**Customer Service ›**
Have questions? We're here to help

Tracking Number: EK320898254US

On Time
Scheduled Delivery Day: **Tuesday, September 23, 2014, 3:00 pm**
**Money Back Guarantee**
**Signed for By: A AVANESYAN  //  SEATTLE, WA  98108 //  9:00 am**

## Product & Tracking Information

Postal Product:               Features:
Priority Mail Express 1-Day    $100 insurance included       PO to Addressee

## Available Actions

Proof of Delivery

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| September 23, 2014 , 9:00 am | Delivered | SEATTLE, WA 98108 |

Your item was delivered at 9:00 am on September 23, 2014 in SEATTLE, WA 98108 to AMAZON. The item was signed for by A AVANESYAN.

| September 23, 2014 , 8:49 am | Arrived at Post Office | SEATTLE, WA 98108 |
| September 23, 2014 , 7:32 am | Arrived at USPS Facility | SEATTLE, WA 98168 |
| September 22, 2014 , 7:32 pm | Arrived at USPS Origin Facility | NEW YORK, NY 10022 |
| September 22, 2014 , 6:57 pm | Acceptance | NEW YORK, NY 10022 |

## Track Another Package

Tracking (or receipt) number

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**USPS.COM**

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

Copyright© 2014 USPS. All Rights Reserved.



**UNITED STATES POSTAL SERVICE**

Date: September 24, 2014

Diane Pimentel:

The following is in response to your September 24, 2014 request for delivery information on your Priority Mail Express® item number EK320898254US.  The delivery record shows that this item was delivered on September 23, 2014 at 9:00 am in SEATTLE, WA 98108 to A AVANESYAN. The scanned image of the recipient information is provided below.

Signature of Recipient :

Øx 586
Øx 586  A Avanesyai
Ω Ω....

Address of Recipient :

AmAzon I'o Boxes

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 212 ) 506-0316

Alessandro Saracino
Pavia & Harcourt LLP
590 Madison Avenue, 8th Fl
New York, NY 10022

EK 320898308 US

UNITED STATES POSTAL SERVICE ®

PRIORITY
★ MAIL ★
EXPRESS™

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Copyright Agent
Amazon.com Legal Department
410 Terry Avenue North
Seattle, WA 98109-5210

ZIP + 4® (U.S. ADDRESSES ONLY)

9 8 1 0 9 _ 5 2 1 0

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 10022
Scheduled Delivery Date (MM/DD/YY): 10 25
Postage: $ 19.99

Date Accepted (MM/DD/YY): 10/24/14
Scheduled Delivery Time: ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON
Insurance Fee: $   COD Fee: $

Time Accepted: 0422 ☐ AM ☐ PM
10:30 AM Delivery Fee: $   Return Receipt Fee: $   Live Animal Transportation Fee: $

Weight: ☐ Flat Rate   lbs. 9 ozs.
Sunday/Holiday Premium Fee: $   Acceptance Employee Initials
Total Postage & Fees: $ 19.99

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

☑ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☑ $100.00 insurance included.

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   2-CUSTOMER COPY

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 212 ) 508-0316

Alessandro Saracino
Pavia & Harcourt LLP
590 Madison Avenue, 8th Fl
New York, NY 10022

EK 320898311 US

UNITED STATES POSTAL SERVICE ®

PRIORITY
★ MAIL ★
EXPRESS™

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Copyright Agent
Amazon.com Legal Department
PO Box 81226
Seattle, WA 98108

ZIP + 4® (U.S. ADDRESSES ONLY)

9 8 1 0 8 _ 1 2 2 6

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☑ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 10022
Scheduled Delivery Date (MM/DD/YY): 10 27
Postage: $ 19.99

Date Accepted (MM/DD/YY): 10/24/14
Scheduled Delivery Time: ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON
Insurance Fee: $   COD Fee: $

Time Accepted: 0422 ☐ AM ☐ PM
10:30 AM Delivery Fee: $   Return Receipt Fee: $   Live Animal Transportation Fee: $

Weight: ☑ Flat Rate   lbs. 9 ozs.
Sunday/Holiday Premium Fee: $   Acceptance Employee Initials
Total Postage & Fees: $ 19.99

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

☑ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☑ $100.00 insurance included.

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   2-CUSTOMER COPY

English    Customer Service    USPS Mobile                              Register / Sign In



Search USPS.com or Track Packages    Subr

Quick Tools                 Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** EK320898308US

**On Time**
**Scheduled Delivery Day:** Saturday, October 25, 2014, 3:00 pm
**Money Back Guarantee**
**Signed for By:** R NAUMCHUK  //  SEATTLE, WA  98109 //  10:19 am

## Product & Tracking Information

| Postal Product: | Features: | |
|---|---|---|
| Priority Mail Express 1-Day™ | $100 insurance included | PO to Addressee |

### Available Actions

Proof of Delivery

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 27, 2014 , 10:19 am | Delivered | SEATTLE, WA 98109 |

Your item was delivered at 10:19 am on October 27  2014 in SEATTLE, WA 98109. The item was signed for by R NAUMCHUK

| | | |
|---|---|---|
| October 25, 2014 , 9:44 am | Business Closed | SEATTLE, WA 98109 |
| October 25, 2014 , 9:28 am | Out for Delivery | SEATTLE, WA 98107 |
| October 25, 2014 , 9:18 am | Sorting Complete | SEATTLE, WA 98107 |
| October 25, 2014 , 8:50 am | Arrived at Post Office | SEATTLE, WA 98107 |
| October 25, 2014 , 7:29 am | Departed USPS Facility | SEATTLE, WA 98168 |
| October 25, 2014 , 7:19 am | Arrived at USPS Facility | SEATTLE, WA 98168 |
| October 24, 2014 , 6:07 pm | Arrived at USPS Origin Facility | NEW YORK, NY 10022 |
| October 24, 2014  5:07 pm | Departed Post Office | NEW YORK, NY 10022 |
| October 24, 2014 , 4:27 pm | Acceptance | NEW YORK, NY 10022 |

## Track Another Package

**Tracking (or receipt) number**

Track It


**UNITED STATES**
**POSTAL SERVICE**

Date: October 27, 2014

Diane Pimentel:

The following is in response to your October 27, 2014 request for delivery information on your Priority Mail Express® item number EK320898308US.  The delivery record shows that this item was delivered on October 27, 2014 at 10:19 am in SEATTLE, WA 98109 to R NAUMCHUK. The scanned image of the recipient information is provided below.

Signature of Recipient :

Roman Naumchuk

Address of Recipient :

410 Terry Av N,

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



English     Customer Service     USPS Mobile                              Register / Sign in



Search USPS.com or Track Packages   Subr

Quick Tools          Ship a Package      Send Mail     Manage Your Mail      Shop      Business Solutions

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number: EK320898311US**

**On Time**
**Scheduled Delivery Day:** Monday, October 27, 2014, 3:00 pm
**Money Back Guarantee**
**Signed for By:** A AVANESYAN  //  SEATTLE, WA 98108 //  8:42 am

## Product & Tracking Information

**Postal Product:**          **Features:**
Priority Mail Express 1-Day™   $100 insurance included       PO to Addressee

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **October 27, 2014 , 8:42 am** | Delivered | SEATTLE, WA 98108 |

Your item was delivered at 8:42 am on October 27  2014 in SEATTLE, WA 98108 to AMAZON. The item was signed for by A AVANESYAN.

| | | |
| --- | --- | --- |
| October 25, 2014 , 10:05 am | Business Closed | SEATTLE, WA 98108 |
| October 25, 2014  9:04 am | Arrived at Post Office | SEATTLE, WA 98108 |
| October 25, 2014  7:29 am | Arrived at USPS Facility | SEATTLE, WA 98168 |
| October 24, 2014  6:07 pm | Arrived at USPS Origin Facility | NEW YORK, NY 10022 |
| October 24, 2014  5:07 pm | Departed Post Office | NEW YORK, NY 10022 |
| October 24, 2014 , 4:25 pm | Acceptance | NEW YORK, NY 10022 |

## Available Actions

Proof of Delivery

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**

Track It



**UNITED STATES POSTAL SERVICE.**

Date: October 27, 2014

Diane Pimentel:

The following is in response to your October 27, 2014 request for delivery information on your Priority Mail Express® item number EK320898311US.  The delivery record shows that this item was delivered on October 27, 2014 at 8:42 am in SEATTLE, WA 98108 to A AVANESYAN. The scanned image of the recipient information is provided below.

Signature of Recipient :

Øx 586
Øx 586 A Avanesya

Address of Recipient :

Amazon Po Boxes

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service